UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

REFRIGERATED FOOD EXPRESS, INC., an Ohio corporation,

Plaintiff,

vs

RAI EXPRESS LINES, LTD.,

Defendant.
_______________________________________/

Case No. 2:10-cv-14116-PJD
Hon. Patrick J. Duggan

Dirk H. Beckwith (P35609)
FOSTER SWIFT COLLINS & SMITH, P.C.
32300 Northwestern Highway, Suite 230
Farmington Hills, MI 48334
(248) 539-9918
Attorneys for Plaintiff

John W. Bryant (P-11331)
DEAN & FULKERSON
801 W. Big Beaver, Fifth Floor
Troy, MI 48084-4767
(248) 362-1300
Attorneys for Defendant
_____________________________________/

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

At a session of the court, held in the City of Detroit, State of Michigan, on July 20, 2011.

Present: HON. PATRICK J. DUGGAN
United States District Judge

By stipulation of the parties, and for good cause, it is hereby ordered that the within action is dismissed without prejudice, without payment of costs or imposition of sanctions, and with each party to bear its own attorney fees.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: July 20, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 20, 2011, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

Approved for entry:

FOSTER SWIFT COLLINS & SMITH, P.C.

By: /s with consent of Dirk H. Beckwith
Dirk H. Beckwith (P35609)
32300 Northwestern Hwy., Ste. 230
Farmington Hills, MI 48334
(248) 539-9918
Attorneys for Plaintiff

DEAN & FULKERSON

By: /s John W. Bryant
John W. Bryant (P-11331)
801 W. Big Beaver, Fifth Floor
Troy, MI 48084-4767
(248) 362-1300
Attorneys for Defendant